UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:

**STARLIN LLC** *et al.*,[1]

                                     Debtors.
--------------------------------------------------------X

In re:

**175 SPRING STREET LLC et al.,**[2]

                                     Debtors.
--------------------------------------------------------X

Chapter 11

Case No. 22-10888 (MG)

(Jointly Administered)

Chapter 11

Case No. 22-

(Joint Administration Requested)

## ORDER SHORTENING NOTICE ON
## DEBTORS' MOTION TO APPROVE SETTLEMENT AGREEMENT

**UPON** the request (the "Motion to Shorten") of **Starlin LLC** and its affiliates
(together, "Debtors") in the above-referenced chapter 11 case for entry of an order
shortening the notice period on Debtor's Motion to Approve Settlement Agreement
(the "9019 Motion"); and the Court having determined it has subject matter
jurisdiction to consider the relief requested therein pursuant to 28 U.S.C. §§ 157
and 1334 and the Standing Order of Reference Regarding Title 11 (S.D.N.Y. Feb. 1,
2012) (Preska, C.J.); and the Court having determined that the relief requested

---

[1] The Mezz Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  Starlin LLC (6765); 610 West 46th Street Enterprises, Ltd. (1937); RM Holdings Company Inc. (2733); BRC Owners, L.P. (5295); RG Mezz LLC (2437); RG Mezz III LLC (2895); RG Mezz V LLC (9871); and RG Mezz VI LLC (8222).

[2] The PropCo Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  175 Spring Street LLC (4249); 610 West 46th Street LLC (3898); 616-620 West 46th Street LLC (3706); 616 11th Avenue LLC (5258); 609 11th Avenue LLC (5047); 613 11th Avenue LLC (6820); 617 11th Avenue LLC (9177); 623 11th Avenue LLC (5464); 108 Merrick Boulevard LLC (3250); and 533 West 27 Street Common Member LLC (4581).

constitutes a core proceeding under 28 U.S.C. § 157(b); and the Court having

determined that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and

1409, and no other or further notice of the Motion to Shorten is required; and the

Court having determined that the relief requested is in the best interests of the

Debtors and their estates and creditors; and the Court having determined that

under Bankruptcy Rule 9006(c)(1) the Debtors have established cause for the relief

granted herein; and upon all of the proceedings had before the Court; and after due

deliberation and sufficient cause appearing therefor,

   **IT IS HEREBY ORDERED THAT:**

   1.    The Motion to Shorten is GRANTED.

   2.    A hearing shall be held before the Honorable Martin Glenn, Chief

United States Bankruptcy Judge, at the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, NY 10004 to

consider the relief requested in the 9019 Motion on **September __, 2022 at _:00**

**a/p.m.** The hearing shall take place via the Court's Zoom videoconferencing platform

and the Court shall provide a Zoom link to those persons who have made an

eCourtAppearance by 4:00 p.m. the business day before the hearing. Any party

appearing at, listening to, or observing the Hearing, must make an electronic

appearance, an eCourtAppearance, by using the eCourtAppearance portal located

on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl,

or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's

website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn . After

the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

3.      Any objections to the 9019 Motion must be served upon **(a) Leech Tishman Robinson Brog PLLC, attorneys for the Debtors, 875 Third Avenue, New York, New York 10022, Attn.: Fred B. Ringel, Esq., (b) Kramer Levin Naftalis & Frankel LLP, attorneys for Clinton PB Holdings I LLC, Clinton PB Holdings II LLC, and Clinton PB Holdings III LLC (collectively, "CPBH Entities"), 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam C. Rogoff and (c) United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014** with a courtesy copy to Chambers, so that they are received on or before ____, 2022.

4.      Service of a copy of this Order, the Motion to Shorten, and the 9019 Motion by overnight delivery to (i) the Office of the United States Trustee; (ii) parties who have filed notices of appearance; (iii) counsel to the CPBH Entities, and (iv) all other creditors of the Debtors on or before September _, 2022 shall be deemed good and sufficient service and notice of the Motion to Shorten and the 9019 Motion and the relief sought therein.

5.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to the implementation of this order.

DATED:      New York, New York
            _____, 2022


                                    _____
                                    HONORABLE MARTIN GLENN
                                    UNITED STATES BANKRUPTCY JUDGE